Edward C. Johnson, Appellant, *v.* James Mulvy, Respondent.

(Argued May 13, 1872; decided September term, 1872.)

This action was brought to recover damages resulting from an alleged breach of contract for the purchase of stock.

Plaintiff's brokers sold for him 400 shares of the stock of the Cumberland Coal Company, deliverable according to custom upon the next day. Defendant wrote a note to another firm of brokers notifying them of the purchase and requesting them to take the stock for him. Plaintiff's brokers called upon said firm, who declined to take the stock as they had no funds of defendant as a margin. A day or two after plaintiff's brokers addressed a note to defendant, stating that unless the stock was paid for by two P. M. of that day they would be compelled to sell it for his account. This note was not received by defendant until six P. M. The stock was sold by plaintiff the next day, leaving a deficiency of $3,500. *Held,* that there was no sufficient offer to deliver or refusal to take the stock, and that, therefore, plaintiff was not authorized to sell on defendant's account and could not recover.

*Jacob F. Miller* for the appellant.

*H. P. Townsend* for the respondent.

Gray, C., reads for affirmance.
All concur.
Order affirmed, and judgment absolute ordered against plaintiff.